**Order filed December 30, 2019**



In The

# Fourteenth Court of Appeals

_____

NO. 14-18-00051-CV
_____

**SAN JACINTO RIVER AUTHORITY, Appellant**

**V.**

**KYLE BAUER, ET AL., Appellee**

**On Appeal from the 151st District Court
Harris County, Texas
Trial Court Cause No. 2017-68069**

# O R D E R

The clerk's record was filed February 20, 2018. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain **The Order Granting Plaintiff's Notice of Non-Suit Without Prejudice as to Al Remaining Defendants Signed December 19, 2019**.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before January 3, 2019, containing **The Order Granting Plaintiff's Notice of Non-Suit Without Prejudice as to Al Remaining Defendants Signed December 19, 2019**.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM


Panel Consists of Chief Justice Frost and Justices Christopher and Bourliot.